IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RODNEY C. MOORE,

                                              ORDER

                Plaintiff,

                                            09-cv-23-slc

     v.

TIM ZIEGLER, JEREMY WRIGHT
and TOM SPEECH,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff is proceeding in this civil action pro se and in forma pauperis. As the case has progressed, it has become clear from plaintiff's repetitive, unfocused filings that he requires appointed counsel.

J. Donald Best, Melissa S. Caulum, Clayton P. Kawski, Angela J. Kujak and Ian A.J. Pitz, members of the Wisconsin Bar, have agreed to represent plaintiff, with the understanding that they will serve with no guarantee of compensation for their services. It is this court's intention that the appointment of these attorneys to represent plaintiff extend

1

to proceedings in this court only.[1]  Plaintiff should be aware that these attorneys have been appointed to represent him in this case only, and not in any other cases he has pending in this court.

Also, I must stress that because I am appointing counsel to represent plaintiff, he may no longer communicate directly with the court about matters pertaining to his case.  He must work directly with his lawyers and permit them to exercise their professional judgment to determine which matters are appropriate to bring to the court's attention and in what form.

ORDER

IT IS ORDERED that J. Donald Best, Melissa S. Caulum, Clayton P. Kawski, Angela J. Kujak and Ian A.J. Pitz are appointed to represent plaintiff in this case.

Further, IT IS ORDERED that all proceedings in this case are STAYED pending a status conference to be held before United States Magistrate Judge Stephen Crocker, at

---

[1] "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a Notice of Appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

which time a new schedule will be set for moving this case to resolution.

Entered this 18th day of June, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge