IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RODNEY C. MOORE,

                Plaintiff,                MEMORANDUM

    v.

                                          09-cv-23-vis

TIM ZIEGLER, JEREMY WRIGHT
and TOM SPEECH,

                Defendants.

---

        In a June 18, 2009 order, Judge Crabb appointed counsel for plaintiff in this case arising under 42 U.S.C. § 1983. Despite having counsel appointed for him, plaintiff has independently submitted two letters to the court. It is difficult to understand precisely what plaintiff is asking for in these unfocused letters, but he states he submitted them himself because counsel "would not listen to [him]." Plaintiff should be aware that because he is represented by counsel, he may not file submissions on his own behalf. As Judge Crabb stated in the June 18 order, he must work directly with his lawyers and permit them to exercise their professional judgment to determine which matters are appropriate to bring to the court's attention and in what form. Accordingly, the letters submitted by plaintiff will be disregarded.

        Entered this 30th day of September, 2009.

                                                BY THE COURT:

                                                /s/

                                                STEPHEN L. CROCKER
                                                Magistrate Judge