IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY C. MOORE,

    Plaintiff,

v.

TIM ZIGLER, JEREMY WRIGHT
and TOM SPEECH,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-23-vis

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing plaintiff's complaint without prejudice.

_____    12/10/09
Peter Oppeneer, Clerk of Court          Date