IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RODNEY C. MOORE,

                                                                    ORDER

                Plaintiff,

                                                                  09-cv-23-vis

    v.

TIM ZIGLER, JEREMY WRIGHT
and TOM SPEECH,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Two motions filed by plaintiff Rodney Moore are before the court. First, he filed a motion to "stay" the case until he is released from prison. Dkt. #78. A few days later, he filed a motion to "withdraw" the case. Dkt. #80. IT IS ORDERED that both of these motions are DENIED as unnecessary. Judgment was entered in favor of defendants on December 10, 2009, dkt. #69, so there is no longer a pending case to "stay" or "withdraw."

1

Because plaintiff did not file a notice of appeal, the case is over.

Entered this 8th day of February, 2010.

        BY THE COURT:

        /s/

        _____
        BARBARA B. CRABB
        District Judge

Case: 3:09-cv-00023-bbc Document #: 81 Filed: 02/08/10 Page 2 of 2