IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RODNEY C. MOORE,

                Plaintiff,

v.

TIM ZIGLER, JEREMY WRIGHT
and TOM SPEECH,

                Defendants.

ORDER

09-cv-23-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Judgment was entered in this case on December 10, 2009, dismissing the case for plaintiff Rodney Moore's failure to exhaust his administrative remedies. Since then, plaintiff has filed two motions for reconsideration, a motion to stay, a motion to withdraw the case and a motion to enlarge his time for appeal, all of which were denied. Now plaintiff has filed a "motion for stay of the statute of limitations." Dkt. #85. He says that he will be released from prison in one year and four months and he asks that the statute of limitations applicable to this case be stayed until he is released.

      I am denying the motion. This case has been closed for more than nine years, so there is no longer a pending case or any claims that could be "stayed." If plaintiff believes that the statute of limitations applicable to other claims he wishes to bring against defendants will expire before he is released, he must file a new lawsuit raising those claims. However, this case is over.

ORDER

IT IS ORDERED that plaintiff Rodney Moore's "motion for stay of statute of limitations," dkt. #85, is DENIED.

Entered this 21st day of February, 2019.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge